## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LORESSA BURKETT | |
| v. | |
| GENERAL ELECTRIC COMPANY and GE COMMERCIAL FINANCE | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LORESSA BURKETT

```
FILED: JUNE 18, 2008
08CV3503
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

TC
```

| NAME (Type or print) |
|---|
| Janice A. Wegner |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Janice A. Wegner |

| FIRM |
|---|
| Lisa Kane & Associates, P.C. |

| STREET ADDRESS |
|---|
| 120 South LaSalle Street, Suite 1420 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06200062 | 312-606-0383 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐