**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **LORESSA BURKETT,** | |
| **Plaintiff,** | No. 08 CV 3503 |
| v. | Hon. Joan B. Gottschall<br>Judge Presiding |
| **GENERAL ELECTRIC COMPANY and GENERAL ELECTRIC CAPITAL CORPORATION, d/b/a GE COMMERCIAL FINANCE,** | Magistrate J. Denlow |
| **Defendants.** | |

## NOTICE OF FILING

TO:

GENERAL ELECTRIC COMPANY and GENERAL ELECTRIC CAPITAL
CORPORATION, d/b/a GE COMMERCIAL FINANCE
c/o C T Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

PLEASE TAKE NOTICE that on *Wednesday, July 2, 2008,* Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: First Amended Complaint.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via ECF, this 2nd day of July, 2008, before the hour of 5:00 P.M.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff