## United States District Court for the Northern District of Illinois

Case Number: 08CV3503         Assigned/Issued By: DAJ

Judge Name:                   Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00      ☐ $5.00

☐ IFP        ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☑ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on _07/02/08_ as to _GENERAL ELECTRIC_
                                   (Date)
_CAPITAL CORPORATION_____

---

C:\wpwin80\docket\feeinfo.frm     03/14/05