IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LORESSA BURKETT,** | |
| Plaintiff, | No. 08 CV 3503 |
| v. | Hon. Joan B. Gottschall<br>Judge Presiding |
| **GENERAL ELECTRIC COMPANY and GENERAL ELECTRIC CAPITAL CORPORATION d/b/a G E COMMERCIAL FINANCE,** | Magistrate Judge Denlow |
| Defendant. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, LORESSA BURKETT, by and through her counsel, LISA KANE & ASSOCIATES, P.C., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby provides notice of her voluntary dismissal of this matter without prejudice.

Respectfully submitted,

LORESSA BURKETT, Plaintiff,

By: s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093