IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORESSA BURKETT,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and GENERAL ELECTRIC CAPITAL CORPORATION d/b/a G E COMMERCIAL FINANCE,<br><br>    Defendant. | No. 08 CV 3503<br><br>Hon. Joan B. Gottschall<br>   Judge Presiding<br><br>Magistrate Judge Denlow |

### NOTICE OF FILING

TO:   Steven T. Catlett, Esquire; Giselle Perez de Donado, Esquire
      Paul, Hastings, Janofsky & Walker
      191 North Wacker Drive, 30th Floor
      Chicago, Illinois 60606

   PLEASE TAKE NOTICE that on *July 18, 2008,* Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Notice of Dismissal Without Prejudice.

                                        s/Lisa Kane
                                        Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

   I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, by ECF transmission, this 18th day of July, 2008, before the hour of 5:00 P.M.

                                        s/Lisa Kane
                                        Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, IL 60603
(312) 606-0383
Attorney Code No. 06203093